**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Alvira R. Moss_____ Case No. __19-32525__ Chapter __13__

All Cases: Moving Creditor ____Rushmore Loan Management Services____ Date Case Filed __11/15/2019__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ____03/05/2020____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ __290,635.46__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __169,000.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3__   Amount $ __4,423.35__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) ____Post Petition Default____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: ____February 21, 2020____        ____/s/ Marc G. Wagman____
                                              Counsel for Movant

(Rev. 12 /21/09)