**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>Randle Durail Snell<br>Sharon Renee Snell<br>    AND ATTACHED LIST OF CASES | Case No.: 19-30822 et al.<br><br>Chapter: 13<br><br>Judge Jack B. Schmetterer |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Grant Simmons formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY Terri M. Long, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for the Various Creditors in the case above and on the attached list of cases. Grant Simmons formerly of Codilis & Associates, P.C. withdraws their appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Grant Simmons | Terri M. Long |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Grant Simmons                                /s/ Terri M. Long

                                                           RESPECTFULLY SUBMITTED,

                                                           /s/ Terri M. Long

May 24, 2021

NOTE: This law firm is a debt collector.

Attached List of Cases:

| BK Case # | Debtor (s) |
|---|---|
| 19-30822 | Randle Durail Snell and Sharon Renee Snell |
| 19-30830 | Kimberly Millison |
| 19-30880 | John A Lathan, JR |
| 19-30903 | Kenneth Tyrone Barnes, Sr. |
| 19-31074 | Jeremey B Breath |
| 19-31091 | Imelda Maria Alvarez |
| 19-27961 | Melonie Rutues-Anderson and Bryant Anderson |
| 19-29740 | Andrea Brooks |
| 19-31238 | Alex M Morgan |
| 19-31340 | Kerwin A Holman |
| 19-31351 | Evelyn L. Darden |
| 19-31401 | Timothy T. Moore |
| 19-31428 | Cleveland Jones, Jr |
| 19-31505 | Brenda A. Parker |
| 19-31544 | Jesse R Reyes |
| 19-31711 | Catherine Lacey |
| 19-31793 | David Anthony Gethers and Tiffany Michele Gethers |
| 19-32026 | Victoria D. Turner |
| 19-32073 | Wendy Louise Murphy and Charles Michael Murphy |
| 19-32166 | Mary A. Allen |
| 19-32170 | Mariana O. Mendez |
| 19-32196 | Cynthia L. Garbrecht |
| 19-32262 | Maria C Delgado |
| 19-32316 | Everett Birk |
| 19-32395 | Tamarra Yvonne Everett |
| 19-32423 | Dequene M. Gordon |
| 19-32494 | Marcello U Allevi and Elizabeth A Allevi |
| 19-32525 | Alvira R Moss |
| 19-32579 | Jeffery L. Ollie |
| 19-32668 | Demessa M Middlebrook |
| 19-32696 | David Haile and Myra Lee Dunn- Haile |

| | |
|---|---|
| 19-32704 | Sherese Cooper |
| 19-32835 | Misty C Gardner |
| 19-32947 | Ruben Garibay, Jr. and Maria Eugenia Martinez-Garibay |
| 19-33043 | Marvin C. Glenn |
| 19-33077 | Andreal Neal |
| 19-82676 | Adam C. Wilk |
| 19-33335 | Joycette Lewis |
| 19-33373 | Mohammad A Siddiqui |
| 19-33471 | Quinishea R Huff |
| 19-33540 | Gertrude Owens |
| 19-33603 | Larry Mack Freeman, Sr. |
| 19-33677 | Cornelius D White |
| 19-33724 | Edgar F Contreras |
| 19-33735 | Cassandra Allen |
| 19-33757 | Mark L. Rosciani |
| 19-33872 | M Elaine Fortineaux |
| 19-33908 | Aleksey Hamer |
| 19-33965 | Donna Samoilis |
| 19-34030 | Carmen H. Ketchum |