**Fill in this information to identify the case:**

Debtor 1: Alvira R Moss

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 19-32525

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Wells Fargo Bank, N.A, as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2004-MHQ1 | **Court claim no.** (if known): 8 |

**Last 4 digits** of any number you use to Identify the debtor's account: 6380

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $150.00 11/20/19 (Plan Review); $200.00 12/05/19 (Review Motion to Extend Stay); $250.00 12/05/19 (Appearance at Motion to Extend Stay Hearing); $150.00 01/30/20 (Post-Petition Fee Notice); | (3) | $750.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | $700.00 12/31/19 (Proof of Claim); $250.00 12/31/19 (Preparation of Loan Payment History (410A Form)); | (5) | $950.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Other. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Alvira R Moss | | Case number *(if known)* | 19-32525 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

  ❑ I am the creditor.

  ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

|   | ✗ /s/ Joel P. Fonferko | Date | 1/30/2020 |
|---|---|---|---|
|   | Signature | | |
| Print | Joel P. Fonferko | Title | Attorney for Creditor |
|   | First Name   Middle Name   Last Name | | |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
|   | Number   Street | | |
|   | Burr Ridge       IL       60527 | | |
|   | City       State       ZIP Code | | |
| Contact phone | (630) 794-5300 | Email | ND-One@il.cslegal.com |

File #14-17-05244

B 10 (Supplement 2) (12/11)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 30, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 30, 2020.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Alvira R Moss , Debtor(s), 6440 S. Vernon Ave, 1st Floor, Chicago, IL 60637
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE #(14-17-05244)**

NOTE: This law firm is a debt collector.

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

*PERSONAL INFORMATION REDACTED*

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Tessa Westhoff |
| Mount Laurel, NJ 08054 | | Date Submitted: | 11/22/2019 |
| Re: | MOSS ALVIRA R<br>7944S BLACKSTONE AVE<br>CHICAGO, IL 60619 4613 | Invoice Date: | 11/21/2019 |
| | | Vendor Ref #: | |
| Loan #: | | Vendor Code: | |
| Loan Type: | Conventional | Payee Code: | |
| Inv. ID / Cat. ID: | | Type: | Non Judicial |
| Cost Center: | | Referral Date | 11/19/2019 |
| CONV Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $157,500.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 19-32525 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/22/2019 | 12/27/2019 | 12/27/2019 | | 12/27/2019 | 12/27/2019 | 12/31/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 11/20/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

**Note: Plan Review Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
**Service From Date: 11/20/2019           Service To Date: 11/20/2019**

| | | | |
|---|---|---|---|
| | $150.00 | $0.00 | $150.00 |

| | | | |
|---|---|---|---|
| **Total:** | $150.00 | $0.00 | $150.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

**Execution Date Time: 01/29/2020 11:03:22 PM**                                                                                        **Pages: 1/ 2**

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
| --- | --- | --- | --- |
| 12/27/2019 | ■■■■■■ | 12/30/2019 | $150.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Attorney Fees | Plan Review Fee | ■ | ■ | ■ | ■ | $150.00 |

## Codilis & Associates, P.C.

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | | Date Submitted: | 12/9/2019 |
| Re: | MOSS ALVIRA R | Invoice Date: | 12/6/2019 |
| | 7944S BLACKSTONE AVE | Vendor Ref #: | |
| | CHICAGO, IL 60619 4613 | Vendor Code: | |
| Loan #: | | Payee Code: | |
| Loan Type: | | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 12/2/2019 |
| CONV Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $157,500.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 19-32525 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/9/2019 | 12/17/2019 | 1/23/2020 | | 12/17/2019 | 12/17/2019 | 12/20/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - File Review | | 12/05/2019 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |

**Note:** Fee appr iao $200 for Atty Review via EM on 12/2/19. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: **12/5/2019**          Service To Date: **12/5/2019**

| Attorney Fees - Bankruptcy Fee | | 12/05/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
|---|---|---|---|---|---|---|---|

**Note:** Fee appr iao $250 for Atty App via EM on 12/2/19. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: **12/5/2019**          Service To Date: **12/5/2019**

| | | | | | $450.00 | $0.00 | $450.00 |
|---|---|---|---|---|---|---|---|

| **Total:** | | | | | $450.00 | $0.00 | $450.00 |
|---|---|---|---|---|---|---|---|

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 01/29/2020 11:03:22 PM                                                                                                      Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 12/17/2019 | ███████ | 12/18/2019 | $200.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | File Review | ██ | ██ | ██ | █ | $200.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 12/17/2019 | ███████ | 12/18/2019 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ██ | ██ | ██ | █ | $250.00 |

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

### Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ▮▮▮▮▮▮ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Reem Alshoweat |
| Mount Laurel, NJ 08054 | | Date Submitted: | 1/2/2020 |
| Re: | MOSS ALVIRA R | Invoice Date: | 12/31/2019 |
| | 7944S BLACKSTONE AVE | Vendor Ref #: | ▮▮▮▮▮▮ |
| | CHICAGO, IL 60619 4613 | | |
| Loan #: | ▮▮▮▮▮▮ | Vendor Code: | ▮▮ |
| Loan Type: | I | Payee Code: | ▮▮▮ |
| Inv. ID / Cat. ID: | ▮▮▮ | Type: | Non Judicial |
| Cost Center: | | Referral Date | 12/30/2019 |
| CONV Case No: | | | |
| GSE Code: | ▮ | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $157,500.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | ▮ | | |
| BK Case No: | 19-32525 | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮▮▮▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 1/2/2020 | 1/21/2020 | 1/23/2020 | | 1/21/2020 | 1/21/2020 | 1/23/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 12/31/2019 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

**Note:** Proof of Claim Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
**Service From Date:** 12/31/2019       **Service To Date:** 12/31/2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | 12/31/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Loan Payment History as part of Official Form 410A.Recoverable provided you file any required post-petition fee notice within 180 days per BK Rule 3002.1 - Recoverable from the borrower
**Service From Date:** 12/31/2019       **Service To Date:** 12/31/2019

| | | | | | $950.00 | $0.00 | $950.00 |
|---|---|---|---|---|---|---|---|

| **Total:** | | | | | $950.00 | $0.00 | $950.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 01/29/2020 11:03:22 PM          Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 01/21/2020 | ▇ | 01/22/2020 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ▇ | ▇ | ▇ | ▇ | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 01/21/2020 | ▇ | 01/22/2020 | $700.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ▇ | ▇ | ▇ | ▇ | $700.00 |